**United States District Court**

For the Northern District of California

1

2                                                      **\*E-FILED:  7.11.2007\***

3

4

5

6

7                                         NOT FOR CITATION

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

11   JOSE BRIBIESCA,                                Case No. C05-03040 HRL

12              Plaintiff,                          **ORDER SETTING BRIEFING
                                                    SCHEDULE RE PLAINTIFF'S MOTION
13      v.                                          FOR FEES AND EXPENSES**

14
     MICHAEL J. ASTRUE, Commissioner of
15   Social Security,

16              Defendant.
                                                 /
17

18          On July 10, 2007, plaintiff filed a "Claim for Fees and Expenses Under the Equal

19   Access to Justice Act."  The court sets the following briefing schedule on that motion:

20          •       Defendant's opposition, if any, shall be filed by **July 31, 2007**;

21          •       Plaintiff's reply, if any, shall be filed by **August 7, 2007**.

22   Unless otherwise ordered, the matter will be deemed submitted without oral argument.

23          IT IS SO ORDERED.

24   Dated:    July 11, 2007

25

26   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE
27

28

**United States District Court**

For the Northern District of California

1  **5:05-cv-3040 Notice has been electronically mailed to:**

2  James Hunt Miller jim_miller0@yahoo.com

3  Mary Patricia Parnow mary.parnow@ssa.gov

4  Angelina Valle angelina@valle-law.com, ralph@valle-law.com

5  Sara Winslow sara.winslow@usdoj.gov, claire.muller@usdoj.gov, kathy.terry@usdoj.gov

6  **Counsel are responsible for distributing copies of this document to co-counsel who have
   not registered for e-filing under the court's CM/ECF program**.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28