1    SCOTT N. SCHOOLS, SBN SC 9990
     United States Attorney
2    LUCILLE GONZALES MEIS, SBN CO 15153
     Regional Chief Counsel, Region IX,
3    Social Security Administration
     MARY P. PARNOW, SBN CA 174980                      **ORDER E-FILED:  8/6/2007***
4    Special Assistant United States Attorney

5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8943
         Facsimile:  (415) 744-0134
7
     Attorneys for Defendant
8
                         UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12   JOSE S. BRIBIESCA,                 )
                                        )           CIVIL NO. C-05-03040 HRL
13        Plaintiff,                    )
                                        )           STIPULATION AND ~~PROPOSED~~ ORDER
14             v.                       )
                                        )
15   MICHAEL J. ASTRUE,                 )
     Commissioner of                    )
16   Social Security,                   )
                                        )
17        Defendant.                    )
                                        )
18   _____)

19        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20   attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion

21   for Fees and Expenses, due to a scheduling conflict arising from the large number of cases which await

22   briefing.  The current due date was July 31, 2007.  The new due date will be August 29, 2007.

23        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

24

25                                          Respectfully submitted,

26

27   Dated: August 2, 2007                  /s/ James Hunt Miller
                                            (As authorized via telephone)
28                                          JAMES HUNT MILLER
                                            Attorney for Plaintiff

Dated: August 2, 2007

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration


/s/ Mary P. Parnow
MARY P. PARNOW
Special Assistant U.S. Attorney

Attorneys for Defendant


<u>ORDER</u>

APPROVED AND SO ORDERED.   **Defendant's response is due by August 29, 2007.**

**Plaintiff's reply is due by September 5, 2007**.

DATED:   ___August 6, 2007___            _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE


**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2007, I electronically transmitted the attached document

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

Filing to the following CM/ECF registrants:

James Hunt Miller
P. O. Box 10891
Oakland, CA 94610


*/s/ Mary P. Parnow*
United States Social Security Administration

2