| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SBN SC 9990<br>United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX, |
| 3 | Social Security Administration<br>MARY P. PARNOW, SBN CA 174980 |
| 4 | Special Assistant United States Attorney |

***ORDER E-FILED 9.12.2007*** 

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE S. BRIBIESCA,           )<br>                                              )<br>     Plaintiff,                        )<br>                                              )<br>     v.                                   )<br>                                              )<br>MICHAEL J. ASTRUE,        )<br>Commissioner of              )<br>Social Security,                 )<br>                                              )<br>     Defendant.                    )<br>_____) | CIVIL NO. C-05-03040 HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 15 days to respond to Plaintiff's Motion for Fees and Expenses, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date was August 29, 2007. The new due date will be September 12, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 12, 2007         /s/ James Hunt Miller
                                                   (As authorized via telephone)
                                                   JAMES HUNT MILLER
                                                   Attorney for Plaintiff

Dated: September 12, 2007

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Mary P. Parnow
MARY P. PARNOW
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.  **Plaintiff's reply brief is due by September 19, 2007.**

DATED: September 12, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James Hunt Miller
P. O. Box 10891
Oakland, CA 94610


 */s/ Mary P. Parnow*
United States Social Security Administration

2